```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 33991
    ANTONE RAY DUPREE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8494

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/26/2005 and was confirmed 10/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  64.12% from remaining funds.

    The case was paid in full 10/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG     19874.00            .00        19874.00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE        .00              .00             .00
AMERICAS FINANCIAL CHOIC UNSECURED OTH     1122.23             .00          719.64
CBUSASEARS               UNSECURED         NOT FILED           .00             .00
CITIFINANCIAL            UNSECURED         NOT FILED           .00             .00
CORPORATE AMERICA FAMILY UNSECURED          3977.98            .00         2550.76
RESURGENT ACQUISITION LL UNSECURED          3746.01            .00         2402.02
THINK FEDERAL CREDIT UNI UNSECURED          1421.52            .00          911.51
TRIAD FINANCIAL CORP     UNSECURED         NOT FILED           .00             .00
US CELLULAR              UNSECURED         NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED          3112.21            .00         1995.61
ERNESTO D BORGES JR      DEBTOR ATTY       1,735.00                       1,735.00
TOM VAUGHN               TRUSTEE                                          1,995.46
DEBTOR REFUND            REFUND                                             460.21

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             32,644.21

PRIORITY                                            .00
SECURED                                       19,874.00
UNSECURED                                      8,579.54
ADMINISTRATIVE                                 1,735.00
TRUSTEE COMPENSATION                           1,995.46
DEBTOR REFUND                                    460.21
                    ---------------         ---------------
TOTALS              32,644.21                 32,644.21
```

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 33991 ANTONE RAY DUPREE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 33991 ANTONE RAY DUPREE